# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2087.  DAVID WAYNE GALLEMORE, III v. WANDA WILLIS WHITE.**

David Wayne Gallemore, III, filed a petition for modification of child support, which the trial court denied on February 10, 2017.  On March 15, 2017, Gallemore filed a direct appeal in the Georgia Supreme Court, which transferred the appeal here. We lack jurisdiction for two reasons.

First, because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2), and appeals in such matters must be taken by application for discretionary appeal.  See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 426-427 (731 SE2d 110) (2012); *Davis v. Welch*, 205 Ga. App. 462, 463 (422 SE2d 323) (1992).

Second, the appeal is untimely.  OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Gallemore filed his notice of appeal 33 days after entry of the trial court order.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/31/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.